**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CIV 07-1683-PHX-SMM (GEE) |
|     Plaintiff-Respondent, | CR 05-791-PHX-SMM |
| vs. | **MEMORANDUM OF DECISION AND ORDER** |
| Cesar Duarte-Ayon, | |
|     Defendant-Movant. | |

Pending before the Court is Defendant-Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. #63). The matter was referred to Magistrate Judge Edmonds for Report and Recommendation (Doc. #64). On February 7, 2008 the Magistrate Judge filed a Report and Recommendation with this Court (Doc. #69). To date, no objections have been filed.[1]

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan,

_____

[1] A copy of the magistrate judge's report and recommendation mailed to Defendant-Movant was returned as undeliverable and unable to forward. (Doc. #70.)

1   158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a Magistrate Judge's conclusion "is

2   a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."

3   Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

### DISCUSSION

5   Having reviewed the Report and Recommendation of the Magistrate Judge, and no

6   Objections having been made by any party thereto, the Court hereby incorporates and adopts

7   the Magistrate Judge's Report and Recommendation.

### CONCLUSION

9   For the reasons set forth,

10   **IT IS ORDERED** that the Court adopts the Report and Recommendation of the

11   Magistrate Judge (Doc. #69).

12   **IT IS FURTHER ORDERED** that Defendant-Movant's Motion to Vacate, Set

13   Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, terminating this case.

14   DATED this 14th day of March, 2008.

Stephen M. McNamee
United States District Judge

- 2 -